KENDALL BRILL & KLIEGER LLP
Robert N. Klieger (192962)
  *rklieger@kbkfirm.com*
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California  90067
Telephone:  (310) 556-2700
Facsimile:   (310) 556-2705

**CLOSED**

Attorneys for Defendants IMPROV WEST ASSOCIATES and CALIFORNIA COMEDY, INC.

ERVIN, COHEN & JESSUP LLP
Kelly O. Scott (132186)
Karina B. Sterman (193182)
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California  90212-2974
Telephone:  (310) 273-6333
Facsimile:   (310) 859-2325

Attorneys for Plaintiffs COMEDY CLUB, INC. and AL COPELAND INVESTMENTS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| COMEDY CLUB, INC., and AL COPELAND INVESTMENTS, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>IMPROV WEST ASSOCIATES, and CALIFORNIA COMEDY, INC.<br><br>Defendants. | Case No. CV 03-8134-GW (AJWx)<br><br>**STIPULATED JUDGMENT** |

This case is before the Court on remand from the United States Court of Appeals for the Ninth Circuit.  The Plaintiffs and Defendants having stipulated to the entry of judgment on remand, and good cause appearing therefor, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1.  The Partial Final Arbitration Award dated February 25, 2005, including all awards of monetary, declaratory, and injunctive relief therein, is CONFIRMED pursuant to the Federal Arbitration Act, 9 U.S.C. § 9, with the following modifications:

   a.  Paragraph 5 of the Partial Final Arbitration Award shall be limited and in force solely in accordance with the January 29, 2009 opinion of the United States Court of Appeals for the Ninth Circuit;

   b.  The injunction in Paragraph 6 of the Partial Final Arbitration Award shall apply only in those counties in which Plaintiffs owned or operated or sub-licensed an Improv club as of January 29, 2009; and

   c.  All references in the Partial Final Arbitration Award to "Respondents and their Affiliates" shall be replaced with "Respondents and their officers, agents, employees, and persons acting in active concert or participation with any of them".

2.  The Final Arbitration Award dated May 20, 2005 is hereby CONFIRMED pursuant to the Federal Arbitration Act, 9 U.S.C. § 9.

3.  Plaintiffs and Defendants have previously by stipulation resolved and hereby acknowledge the full satisfaction of all amounts due between the parties under the Partial Final Arbitration Award dated February 25, 2005, the Final Arbitration Award dated May 20, 2005, and any prior Orders of this Court and any other claims that Plaintiffs or Defendants may have for costs and fees relating to this litigation.

Dated: January 29, 2010

_____
Hon. George H. Wu
United States District Judge